# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00852-CV

### NESCOR Energy Company, Ltd. and Mark Schreiber, as Receiver of the Estate of Neil Salsich, III, Deceased, Appellants

**v.**

### James M. Gibson d/b/a JMG Consultants, Appellee

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 68,869-E, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties request by joint motion that we postpone the deadline for the filing of appellants' brief, currently due March 26, 2006. They have notified the Court that circumstances have changed such that additional time to negotiate, including a mediation, could prove productive. However, due to scheduling conflicts, the parties will not be able to negotiate in earnest until May. Postponing the brief deadline would permit the parties to avoid incurring brief preparation costs before the mediation.

We grant the joint motion and reset the deadline for filing appellants' brief to June 23, 2006. In addition, this appeal is abated until June 23, 2006.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed: April 7, 2006